```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JUN LI,                                               :        07 Civ. 8292 (SHS)

                Plaintiff,                    :

      -against-                                  :
                                                                       ORDER
MICHAEL CHERTOFF, *ET AL.*,              :

               Defendants.              :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      By Order dated October 24, 2007, this Court scheduled an initial pretrial conference in this action pursuant to Fed. R. Civ. P. 26 for December 14, 2007, at 11:30 a.m. No one appeared for that conference.

      By Order dated December 21, 2007, the Court adjourned the initial pretrial conference to February 29, at 10:30 a.m. and directed that if the summons and complaint were not served by February 15, 2008, this action would be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

      No one appeared for the conference scheduled for today, and as of today the Court's records indicate that no proof of service has been filed in this case. Accordingly,

      IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

Dated: New York, New York
         February 29, 2008

                                                SO ORDERED:

                                                Sidney H. Stein, U.S.D.J.